No. 462. GIERENS ET AL. *v.* ILLINOIS, 336 U. S. 904. Motion for leave to file petition for rehearing denied.

No. 329, Misc. BURALL *v.* CLARK, ATTORNEY GENERAL, 336 U. S. 902. Rehearing denied.

MARCH 28, 1949.

*Per Curiam Decisions.*

No. 533. BOSTON RAILROAD HOLDING CO. ET AL. *v.* DELAWARE & HUDSON CO. ET AL. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *John L. Hall* and *Richard Wait* for appellants.

No. 551. ODOM *v.* MISSISSIPPI. *Per Curiam:* The appeal is dismissed. See *Bute* v. *Illinois,* 333 U. S. 640. The petition for writ of certiorari is denied. *W. E. Morse* for appellant-petitioner.

No. 557. LAGEMANN *v.* LAGEMANN. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. Appellant *pro se. Everett Sanders* for appellee.